```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

DEDRICK A. FLEMING, SR.                                    PLAINTIFF

VS.                              CIVIL ACTION NO. 3:16cv554 TSL-RHW

HINDS COUNTY, ET AL.                                      DEFENDANTS

                        ORDER OF DISMISSAL

     The parties have announced to the court a settlement of this case.  The court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be closed and removed from its docket.  The court, however, with the agreement of the parties, will retain jurisdiction over this matter in the event that settlement of the case is not concluded according to the terms of the settlement agreement, so that the case may be reopened for the court to enter the agreed judgment that will be executed by the parties as part of the settlement agreement.

     IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties.  The court retains jurisdiction in the event that settlement of the case is not concluded according to the terms of the settlement agreement.

     SO ORDERED this 29th day of June, 2017.


                                    /s/Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE